**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7232

MCDONALD WILLIAMS,

Plaintiff - Appellant,

versus

VANCE COUNTY JUDICIAL SYSTEM; ROBERT H. HABGOOD; KERMIT W. ELLIS; WILLIAM W. NOEL, III; NORMAN THORP,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-04-290-5-H)

Submitted: November 4, 2004          Decided: November 10, 2004

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

McDonald Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

McDonald Williams appeals the district court's judgment summarily dismissing without prejudice his complaint filed under 42 U.S.C. § 1983 (2000). The district court properly noted that Williams was seeking relief only available under 28 U.S.C. § 2254 (2000). The court further properly noted Williams failed to seek authorization from this court for such a petition. On appeal, Williams fails to challenge the district court's findings in this regard. We have reviewed the record and find the appeal frivolous. Accordingly, we dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED